Charles T. CLARK, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 04–7029.

United States Court of Appeals,
Federal Circuit.

Dec. 14, 2004.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Keith D. SNYDER, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 04–7019.

United States Court of Appeals,
Federal Circuit.

Dec. 14, 2004.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.